IN THE SUPREME COURT OF THE STATE OF NEVADA

KENTRELL D. WELCH,
    Appellant,
  vs.
THE STATE OF NEVADA,
    Respondent.

No. 74769

FILED

JAN 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
  DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed his appeal on December 19, 2017. Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Kathleen E. Delaney, District Judge
  Kentrell D. Welch
  Attorney General/Carson City
  Clark County District Attorney
  Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

1C- 03811